UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14098-CIV-CANNON/Maynard

**STEVEN BRIGATI**,
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

**WORCESTER POLYTECHNIC INSTITUTE**,
a Massachusetts nonprofit corporation,
and **HFM, INC.**, a Florida for profit corporation,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation regarding Defendants' Rule 41(d) Motion for Costs and Attorneys' Fees [ECF No. 103]. On April 2, 2021, Defendants filed a Rule 41(d) Motion for Costs and Attorneys' Fees (the "Motion for Attorneys' Fees") [ECF No. 22]. On May 18, 2021, the Court referred this case to Magistrate Judge Shaniek M. Maynard for a ruling on all pre-trial non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 45]. On October 18, 2021, Judge Maynard issued a Report recommending that the Motion for Attorneys' Fees be granted in part and denied in part [ECF No. 103, pp. 10-11].

The Report and Recommendation states that the parties shall file any objections within fourteen days of the date of service of a copy of the Report and Recommendation [ECF No. 103, p. 11]. Plaintiff and Defendants filed separate notices indicating they have no objections to the Report and Recommendation [ECF Nos. 105 and 106].

CASE NO. 21-81117-CIV-CANNON/Reinhart

The Court has reviewed the record in this case and is otherwise fully advised in the premises. Upon review, the Court finds the Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and Recommendation and concludes that the Motion for Attorneys' Fees should be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 103] is **ADOPTED**.

2. Defendant's Motion for Attorneys' Fees [ECF No. 22] is **GRANTED IN PART AND DENIED IN PART**.

3. Defendants are entitled to an award of reasonable attorney's fees and costs associated with their work performed in the earlier voluntarily dismissed action of *Brigati I* that is not useful in *Brigati II*.

4. Upon the conclusion of this action, Defendants shall file an appropriate motion to determine the amount of reasonable attorney's fees and cost for work conducted in *Brigati I* that was not useful in the present litigation.

5. Defendants' request for a stay of this action pending payment of attorneys' fees under Rule 41(d) is **DENIED**.

**DONE AND ORDERED** at Fort Pierce, Florida this 1st day of November 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record